STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:21-mj-71313-MAG |
| Plaintiff, | STIPULATION AND ORDER AS TO WAIVER OF TIME AND TO CONTINUE ARRAIGNMENT |
| v. | |
| HARJEET SINGH BALA, | |
| Defendant. | |

    The United States, by and through its counsel of record, and defendant, Harjeet Singh Bala, by and through his counsel of record (collectively, the "Parties"), agree and stipulate:

    Whereas, an arraignment is currently scheduled for December 16, 2021, at 1:00 p.m.

    Whereas, the Parties agree that the arraignment scheduled for December 16, 2021, should be continued and an arraignment on the information or indictment should be set for to January 27, 2022, at 2:00 p.m.

    Whereas, the Parties agree and stipulate herein that time shall be waived under Rule 5.1(c) (time for a preliminary hearing) and 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest). The Parties further agree that this waiver of time is necessary for the defense to review discovery and for the Parties to discuss possible pre-indictment resolution of the case, but the

1  Parties also agree and acknowledge that an agreement may not be reached.

2  Whereas, the Parties agree that the defendant has waived time for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), specifically, that time be waived from December 16, 2021, to January 27, 2022, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until January 27, 2022, and that the government need not file an information or indictment until January 27, 2022.

Respectfully submitted,

DATED: December 15, 2021

STEPHANIE M. HINDS
Acting United States Attorney

/s/ Jeffrey A. Backhus
JEFFREY A. BACKHUS
Assistant United States Attorney

DATED: December 15, 2021

/s/ Vicki H. Young
VICKI H. YOUNG
Attorney for Defendant
Harjeet Singh Bala

**ORDER**

Upon agreement and stipulation of the United States, the defendant Harjeet Singh Bala, and their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that time be waived from December 16, 2021, to January 27, 2022, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the arraignment need not occur until January 27, 2022, and that the government need not file an information or indictment until January 27, 2022. Additionally, an arraignment on the information or indictment should be set for January 27, 2022, at 2:00 p.m.

IT IS SO ORDERED.

DATED: December 15, 2021



_____
HON. DONNA M. RYU
United States Magistrate Judge